**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**GENERAL STAR INDEMNITY CO.,**

    **Plaintiff,**

v.                                         Case No.  8:05-cv-946-T-30TGW

**GREGORY T. ROJAS, Sr.,  et al.,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendant Tampa Outpatient Surgery Joint Venture, LTD.'s Motion to Dismiss and/or in the Alternative Motion to Abate Proceedings (Dkt. # 6), Defendants Gregory T. Rojas, Sr. and Mirta Bazo Rojas's Motion to Dismiss and/or in the Alternative Motion to Abate the Proceedings (Dkt. # 9), and Plaintiff's responses (Dkts. ## 13 & 14).  Defendants have moved to dismiss, or in the alternative, abate Plaintiff's action, on the grounds that Plaintiff has failed to comply with the pre-suit mediation requirement contained in the insurance policy that is the subject of this declaratory judgment action.  Plaintiff agrees that the Court should abate this action until the parties have completed mediation.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant Tampa Outpatient Surgery Joint Venture, LTD.'s Motion to Dismiss and/or in the Alternative Motion to Abate Proceedings (Dkt. # 6) is GRANTED IN PART AND DENIED IN PART.

2. Defendants Gregory T. Rojas, Sr. and Mirta Bazo Rojas's Motion to Dismiss and/or in the Alternative Motion to Abate the Proceedings (Dkt. # 9) is GRANTED IN PART AND DENIED IN PART.

3. This action is ABATED pending completion of mediation by the parties.

4. The parties are directed to select a mediator within fifteen (15) days of the date of this Order and to complete mediation of this matter within forty-five (45) days of the date of this Order.

5. The parties are directed to advise the Court if they are unable to agree on a mediator.

6. In the event that this matter is not resolved at mediation, Defendants are directed to file an answer to the Complaint within twenty (20) days of the date of the mediation.

**DONE** and **ORDERED** in Tampa, Florida on July 12, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2005\05-cv-946.stay.wpd