# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**GENERAL STAR INDEMNITY CO.,**

    **Plaintiff,**

v.                                             Case No.  8:05-cv-946-T-30TGW

**GREGORY T. ROJAS, Sr., et al.,**

    **Defendants.**
_____/

## **ORDER OF DISMISSAL**

Before the Court is the Plaintiff's Notice of Voluntary Dismissal With Prejudice (Dkt. #29) and Defendant/Counterplaintiff's Notice of Voluntary Dismissal of Counterclaim With Prejudice (Dkt. #31).  In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed with prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on February 16, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2005\05-cv-946.dismissal.wpd